**Order issued February 26, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-14-00644-CR
_____

### WAYNE EDWARD GREER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

## O R D E R

Before Justices Lang, Stoddart, and Schenck

Based on the Court's opinion of this date, we **GRANT** the October 31, 2014 motion of

Riann C. Moore for leave to withdraw as appointed counsel on appeal.  We **DIRECT** the Clerk

of the Court to remove Riann C. Moore as counsel of record for appellant.  We **DIRECT** the

Clerk of the Court to send a copy of this order and all future correspondence to Wayne Edward

Greer, Book-in No. 13069727, North Tower 5E08, Dallas Count Jail, P.O. Box 660334, Dallas,

Texas, 75266-0334.

/Craig Stoddart/
CRAIG STODDART
JUSTICE